# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | |
| vs.   ) | Case No. |
| ) | |
| **STEVEN JOSEPH MORPHEW**  ) | |

## INFORMATION

The United States Attorney charges:

**COUNT ONE**: Title 18, United States Code, Section 13, assimilating Section 32-5A-191(a)(2) of the Code of Alabama. **Driving Under the Influence of Alcohol.**

That on or about the 8th day of March, 2023, within the Northern District of Alabama, the Defendant, **STEVEN JOSEPH MORPHEW**, on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, did unlawfully operate a motor vehicle under the influence of alcohol, in violation of Section 32-5A-191(a)(2) of the Code of Alabama, respectively, as assimilated by Title 18, United States Code, Section 13.

PRIM F. ESCALONA
United States Attorney

*Digitally signed by JOHN HUNDSCHEID*
*Date: 2023.06.07 09:31:04 -05'00'*

JOHN M. HUNDSCHEID
Assistant United States Attorney